LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' SAVINGS PLAN OF SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> COASTAL RESTAURANT FABRICATION, INC.; ESTEBAN GARCIA; JOSE GARCIA; and DENNIS FLEISCHER, individuals, <br><br> Defendants. | Case No. 2:08-cv-08377-RGK-JTL <br><br> **[PROPOSED] ORDER ON RENEWAL OF JUDGMENT** <br><br> Hon. R. Gary Klausner <br> Location:    Courtroom 850 |

Pursuant to the Stipulation for Judgment and Order Thereon (the "Order") entered in this action on July 7, 2009, by and between plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(A) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund; and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles, (collectively the "Plans") and defendants, Coastal Restaurant Fabrication, Inc.; Esteban Garcia; and Jose Garcia, individuals ("Defendants"), jointly and severally (Defendant Dennis Fleischer was dismissed without prejudice), the Court has considered the matter fully and concluded that good cause exists to renew the Order entered on July 7, 2009 in its entirety:

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants be renewed in the amount of $57,891.27 as follows:

      a.     Total judgment: $52,406.88

      b.     Costs after judgment: $0.00

      c.     Attorneys fees: $0.00

      d.     Subtotal (add a, b, and c) : $52,406.88

      e.     Credits after judgment: $32,696.01

      f.     Subtotal (subtract e from d): $19,710.87

      g.     Interest after judgment: $38,480.40

///
///
///
///

h.   Fee for filing renewal application: $0.00

i.   Total renewed judgment (add f and g): $57,891.27

**IT IS SO ORDERED.**

Dated: April 26, 2019

_____

Hon. R. Gary Klausner